

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of M.S.H. and D.R.H., Children

No. 06-24-00069-CV

Appeal from the 115th District Court of Marion County, Texas (Tr. Ct. No. 1900160). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal. We further find that the appellant established good cause for expediting the issuance of the mandate and direct the clerk of this Court to issue mandate within seven days of the Court's opinion.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED FEBRUARY 19, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk